# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2606

_____

J. D. Hill, former member of the Pulaski  *
County Sheriff's Office, Pulaski County   *
Regional Detention Facility,            *
                              *
          Appellant,       *
                              *
   v.                     *
                              *  Appeal from the United States
Randy Johnson, Sheriff, Pulaski County;*  District Court for the Eastern
Danny Bradley, Member of the Pulaski  *  District of Arkansas.
County Sheriff's Office; Carol Kimble,   *
Member of the Pulaski County Sheriff's  *     [UNPUBLISHED]
Office, Professional Standards Unit;    *
Michael Barkhurst, Member of the      *
Pulaski County Sheriff's Office; Lou     *
Hughes, Member of the Pulaski County  *
Sheriff's Office,                *
                              *
          Appellees.       *

_____

Submitted: January 25, 2000

Filed: February 15, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this appeal following remand, J. D. Hill appeals from the district court's order dismissing Hill's 42 U.S.C. § 1983 action and denying his motion to amend the complaint to assert new claims. Following careful review of the record and the parties' briefs, we reject Hill's argument the district court abused its discretion in denying leave to amend the complaint. Having decided in an earlier appeal to this court that the sheriff and the other officers sued by Hill were entitled to qualified immunity, see Hill v. Johnson, 160 F.3d 469, 472 (8th Cir. 1998), the district court lacked the authority to grant the amendment sought by Hill. The district court's ruling is clearly correct and we affirm without further discussion. See 8th Cir. R. 47B.

We also deny Hill's motion to supplement the record on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.